Form G-4

Case 19-13686    Doc 50-2    Filed 06/26/20    Entered 06/26/20 14:29:18    Desc
Statement Accompanying Relief From Stay    Page 1 of 1

**REQUIRED STATEMENT**
**TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases:    Debtor(s)    Frederick Burton                                                    Case No.    19-13686        Chapter    13

All Cases:    Moving Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST SERIES INABS 2007-A, HOME EQUITY MORTGAGE LOAN ASSET-BACKED CERTIFICATES SERIES INABS 2007-A    Date Case Filed    5/13/19

Nature of Relief Sought:    ■ Lift Stay    ☐ Annul Stay    ■ Other (describe)    Co-Debtor Stay

Chapter 13:    Date of Confirmation Hearing _____    or Date Plan Confirmed    08/26/2019

Chapter 7:    ☐ No-Asset Report Filed on _____
☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1.  Collateral
    a.  ■ Home
    b.  ☐ Car    Year, Make, and Model _____
    c.  ☐ Other (describe) _____

2.  Balance Owed as of 06/09/2020    $384,039.80
    Total of all other Liens against Collateral    $0.00

3.  In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4.  Estimated Value of Collateral (must be supplied in *all* cases)    $375,000.00, per Debtor's Schedules

5.  Default
    a.  ■ Pre-Petition Default as of petition date
        Number of months    15        Amount    $43,447.34

    b.  ■ Post-Petition Default
        i.    ■ On direct payments to the moving creditor
              Number of months    7        Amount    $18,106.01

        ii.   ☐ On payments to the Standing Chapter 13 Trustee
              Number of months _____    Amount _____

6.  Other Allegations
    a.  ☐ Lack of Adequate Protection § 362(d)(1)
        i.    ☐ No insurance
        ii.   ☐ Taxes unpaid    Amount  $ _____
        iii.  ☐ Rapidly depreciating asset
        iv.   ☐ Other (describe) _____

    b.  ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

    c.  ☐ Other "Cause" § 362(d)(1)
        i.    ☐ Bad Faith (describe) _____
        ii.   ☐ Multiple Filings
        iii.  ☐ Other (describe) _____

    d.  Debtor's Statement of Intention regarding the Collateral
        i. ☐ Reaffirm    ii. ☐ Redeem    iii. ☐ Surrender    iv. ■ No Statement of Intention Filed

Date:    June 26, 2020                                                    /s/ Karl Meyer
(Rev. 12/21/09)                                                          Counsel for Movant