# EXHIBIT A

| Name: | Frederick Burton | | | | | |
|---|---|---|---|---|---|---|
| BK Case Number: | 19-13686 | | | | | |
| Filing Date: | 5/13/2019 | | | | | |
| Post First Due: | 6/1/2019 | | | | Completed By: | Sudesh M R |
| Post-Petition Due | Date Received | Amount Received | Amount Applied | Suspense Application | Suspense Balance | Comments |
| | 8/9/2019 | $ 2,400.00 | | $ 2,400.00 | $ 2,400.00 | |
| 6/1/2019 | 8/13/2019 | | $ 2,385.75 | $ (2,385.75) | $ 14.25 | |
| 7/1/2019 | 8/29/2019 | $ 2,400.00 | $ 2,385.75 | $ 14.25 | $ 28.50 | |
| | 11/20/2019 | $ 2,400.00 | | $ 2,400.00 | $ 2,428.50 | |
| 8/1/2019 | 11/21/2019 | | $ 2,385.75 | $ (2,385.75) | $ 42.75 | |
| | 1/22/2020 | $ 2,380.00 | | $ 2,380.00 | $ 2,422.75 | |
| 9/1/2019 | 1/23/2020 | | $ 2,385.75 | $ (2,385.75) | $ 37.00 | |
| | 4/3/2020 | $ 2,775.00 | | $ 2,775.00 | $ 2,812.00 | |
| 10/1/2019 | 4/6/2020 | | $ 2,385.75 | $ (2,385.75) | $ 426.25 | |
| | 5/22/2020 | $ 2,750.00 | | $ 2,750.00 | $ 3,176.25 | |
| 11/1/2019 | 5/26/2020 | | $ 2,385.75 | $ (2,385.75) | $ 790.50 | |

**LOAN IS POST DUE FOR 12/1/2019**

| Due Date | Total Payment | P & I | Escrow | NOPC Filed Date |
|---|---|---|---|---|
| 12/1/2019 | $ 2,385.75 | $ 1,107.58 | $ 1,278.17 | |
| 1/1/2020 | $ 2,385.75 | $ 1,107.58 | $ 1,278.17 | |
| 2/1/2020 | $ 2,385.75 | $ 1,107.58 | $ 1,278.17 | |
| 3/1/2020 | $ 2,385.75 | $ 1,107.58 | $ 1,278.17 | |
| 4/1/2020 | $ 2,385.75 | $ 1,107.58 | $ 1,278.17 | |
| 5/1/2020 | $ 2,708.88 | $ 1,430.71 | $ 1,278.17 | 3/16/2020 |
| 6/1/2020 | $ 2,708.88 | $ 1,430.71 | $ 1,278.17 | |
| **Total Due** | $ 17,346.51 | $ 8,399.32 | $ 8,947.19 | |