United States Bankruptcy Court
Northern District of Illinois

IN RE:                                              Case No.

Debtor(s)

In accordance with Federal Rule of Bankruptcy Procedure 3004, you are notified that the has submitted a Proof of Claim for you in the amount of $              , Claim#          .

<u>Claimant</u>

Name
Address
City, State Zip

Date: _____

Jeffrey P. Allsteadt, Clerk

_____
Deputy Clerk

United States Bankruptcy Court
Northern District of Illinois

IN RE:                                              Case No.

Debtor(s)

Certificate of Mailing

The undersigned deputy clerk of the United States Bankruptcy Court for this district hereby certifies that a copy of the attached document was mailed on the date entered below to the parties listed.

Creditor Name & Address:

Debtor Name & Address:

Attorney for Debtor Name
        :

                                    &
Address

Trustee Name & Address:

Date:

_____
Deputy Clerk