**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Frederick Burton |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern District of Illinois (State) |
| Case number | 19-13686 |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST Series INABS 2007-A, HOME EQUITY MORTGAGE LOAN ASSET-BACKED CERTIFICATES Series INABS 2007-A

**Court claim no.** (if known): 10

**Last 4 digits** of any number you use to identify the debtor's account: 8410

**Date of payment change:**
Must be at least 21 days after date of this notice: 05/01/2020

**New total payment:** $2,708.88
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ■ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: _____   New escrow payment: _____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No
   ■ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law. If a notice is not attached, explain why:

   Current interest rate: 2.000 %   New interest rate: 3.750 %
   Current principal and interest payment: $1,107.58   New principal and interest payment: $1,430.71

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ■ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____
   Current mortgage payment: $ _____   New mortgage payment: $ _____

Official Form 410S1   **Notice of Mortgage Payment Change**   page 1

| Debtor 1 | Frederick Burton | Case number *(if known)* | 19-13686 |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Karl Meyer
Signature

Date: 3/16/2020

Print: Karl Meyer
First Name  Middle Name  Last Name

Title: Attorney for Creditor

Company: Codilis & Associates, P.C.

Address: 15W030 North Frontage Road, Suite 100
Number  Street

Burr Ridge    IL    60527
City    State    ZIP Code

Contact phone: (630) 794-5300

Email: ND-Four@il.cslegal.com

File #14-17-15571

## CERTIFICATE OF SERVICE

  The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on March 16, 2020 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on  March 16, 2020.

Marilyn O Marshall, Chapter 13 Trustee, 224 South Michigan Ste 800, Chicago, IL 60604 by electronic notice through ECF
Frederick Burton , Debtor(s), 823 S. Lombard Ave., Oak Park, IL 60304
David M Siegel, Attorney for Debtor(s), 790 Chaddick Drive, Wheeling, IL 60090 by electronic notice through ECF
Office of U.S. Trustee, 219 S. Dearborn St., Room 873, Chicago, IL 60604 by electronic notice through ECF


                 /s/ Karl Meyer


Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Brenda Ann Likavec ARDC#6330036
Karl V. Meyer ARDC#6220397
Grant W. Simmons ARDC#6330446
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
14-17-15571

NOTE: This law firm is a debt collector.

**PERSONAL INFORMATION REDACTED**

FREDERICK BURTON
REBECCA MCCULLOCH-BURTON
823 S LOMBARD AVE
OAK PARK IL 60304-1609

**PHH Mortgage**

PHH Mortgage Services | 1 Mortgage Way | Mt. Laurel, NJ 08054 | Tel: 1-877-744-2506 | Fax: 1-856-917-8300

February 21, 2020                                                                                              Account Number:

FREDERICK BURTON                                                           **Property Address**:
REBECCA MCCULLOCH-BURTON                                                    823 S LOMBARD AVE
823 S LOMBARD AVE                                                           OAK PARK, IL 60304
OAK PARK, IL 60304 1609

# INTEREST RATE AND MONTHLY PAYMENT CHANGES

Dear Customer(s),

**Important Notice:** Per the Modification Agreement on the above-referenced account, the interest rate will be adjusted to 3.75000% on 4/1/2020. The monthly payment will adjust to $2,708.88, beginning with the payment due on 5/1/2020.

If you have any questions, please contact us at the phone number referenced above.

Additional assistance is also available by calling HUD-approved housing counselors at the Homeowners HOPE™ Hotline at 888.995.HOPE and asking for MHA Help. The Hotline can help with questions about this notice and offers access to free HUD-approved counselling services in English or Spanish (other languages are available on request).

## RATE CHANGE DETAILS

**Initial Fixed Rate:** Per the Modification Agreement, the initial interest rate remained the same (fixed) for a period of time defined in the modification agreement and now changes according to the table included in this Notice.

**Annual Rate Cap Increase:** Beginning on the first rate change date, as outlined in the table below, the interest rate will increase as indicated each year by up to 1%, to a maximum amount of 3.75000% called the rate "cap." This rate cap,* set when the mortgage account was modified, guarantees that the rate will never exceed the cap. Once the rate reaches the cap, it will remain the same until the mortgage ends. After reaching the interest rate cap, your interest rate will remain fixed for the life of the loan.

*The rate cap equals the Freddie Mac Primary Mortgage Market Survey® rate for 30-year fixed rate conforming mortgages at the time the modification was prepared.*

## SUMMARY OF ACCOUNT CHANGES

As of 4/1/2020, the mortgage interest rate will change to 3.75000% . Starting with the 5/1/2020 payment, the total monthly amount due will be $2,708.88. This amount includes principal, interest and any escrow payments** (where applicable). As a convenience, we have included a table of scheduled interest rate changes for each year until the rate reaches the rate cap.

www.MortgageQuestions.com

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.



PHH Mortgage Services | 1 Mortgage Way | Mt. Laurel, NJ 08054 | Tel: 1-877-744-2506 | Fax: 1-856-917-8300

## INTEREST RATE AND PAYMENT CHANGE SCHEDULE

| Interest Rate | Date Interest Rate Effective | Monthly Principal & Interest Payment Amount | Monthly Escrow Payment Amount ** | Total Monthly Payment ** | Date Payment Effective |
|---|---|---|---|---|---|
| 3.75000% | 4/1/2020 | $1,430.71 | $1,278.17 | $2,708.88 | 5/1/2020 |

**Escrow payments (if applicable) may adjust periodically in accordance with applicable law and due to changes in property taxes, insurance premiums or other escrowed expense, causing the monthly payment amount to change accordingly. The escrow payment amounts shown are based on current data and represent a reasonable estimate of expenditures for future escrow obligations. The monthly mortgage statement will also show the changes to the interest rate and monthly payment amounts.

Sincerely,

Mortgage Service Center

www.MortgageQuestions.com
This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.