| | | |
|---|---|---|
| **Fill in this information to identify the case:** | | |
| Debtor 1 | Frederick Burton | |
| Debtor 2 (Spouse, if filing) | | |
| United States Bankruptcy Court for the: | Northern District of | Illinois (State) |
| Case number | 19-13686 | |

## Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST Series INABS 2007-A, HOME EQUITY MORTGAGE LOAN ASSET-BACKED CERTIFICATES Series INABS 2007-A

**Court claim no.** (if known): 10

**Last 4 digits** of any number you use to Identify the debtor's account: 8410

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☐ No
■ Yes. Date of the last notice: 07/08/2020

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late Charges | | (1) | |
| 2. | Non-sufficient funds (NSF) fees | | (2) | |
| 3. | Attorney Fees | $100.00 02/26/21 (FORMAL NOTICE OF DEFAULT); $150.00 04/21/21 (AMENDED PLAN REVIEW); $125.00 06/01/21 (NOTICE OF PAYMENT CHANGE); $150.00 07/16/21 (POST PETITION FEE NOTICE); | (3) | $525.00 |
| 4. | Filing fees and court costs | | (4) | |
| 5. | Bankruptcy/Proof of claim fees | | (5) | |
| 6. | Appraisal/Broker's price opinion fees | | (6) | |
| 7. | Property inspection fees | | (7) | |
| 8. | Tax Advances (non-escrow) | | (8) | |
| 9. | Insurance advances (non-escrow) | | (9) | |
| 10. | Property preservation expenses. Specify:_____ | | (10) | |
| 11. | Other. Specify:_____ | | (11) | |
| 12. | Other. Specify:_____ | | (12) | |
| 13. | Other. Specify:_____ | | (13) | |
| 14. | Other. Specify:_____ | | (14) | |

| Debtor 1 | Frederick Burton | | | Case number (if known) | 19-13686 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

| | ✗ /s/ Brenda Likavec | | | Date | 7/16/2021 |
|---|---|---|---|---|---|
| | Signature | | | | |
| Print | Brenda Likavec | | | Title | Attorney for Creditor |
| | First Name | Middle Name | Last Name | | |
| Company | Codilis & Associates, P.C. | | | | |
| Address | 15W030 North Frontage Road, Suite 100 | | | | |
| | Number | Street | | | |
| | Burr Ridge | IL | 60527 | | |
| | City | State | ZIP Code | | |
| Contact phone | (630) 794-5300 | | | Email | bkpleadingsNORTHERN@il.cslegal.com |

File #14-17-15571

B 10 (Supplement 2) (12/11)

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on July 16, 2021 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on July 16, 2021.

Marilyn O Marshall, Chapter 13 Trustee, 224 South Michigan Ste 800, Chicago, IL 60604 by electronic notice through ECF
Frederick Burton , Debtor(s), 823 S. Lombard Ave., Oak Park, IL 60304
David M Siegel, Attorney for Debtor(s), 790 Chaddick Drive, Wheeling, IL 60090 by electronic notice through ECF
Office of U.S. Trustee, 219 S. Dearborn St., Room 873, Chicago, IL 60604 by electronic notice through ECF

/s/ Brenda Likavec

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Brenda Ann Likavec ARDC#6330036
Terri M. Long ARDC#6196966
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300)
**File #14-17-15571**

NOTE: This law firm is a debt collector.

# Invoice

PERSONAL INFORMATION REDACTED

**Number:** ████████
**Date:** February 26, 2021
**Type:** Bankruptcy
**Investor:** Private Investor

**CODILIS & ASSOCIATES, P.C.**
ILLINOIS

LAW OFFICES
15W030 North Frontage Road
SUITE 100
Burr Ridge, IL 60527
Phone: (630)794-5300

E-mail: collections@cslegal.com

**To:** ████████

PHH Mortgage Corporation
2001 Bishops Gate Blvd.
Mt. Laurel, NJ 08054

**File Information:**

| | | |
|---|---|---|
| Your Loan Number: | ████████ | C&A File Number |
| Case Reference: | Frederick Burton | ████████ |
| Property Address: | 823 S Lombard Ave | |
| | Oak Park, IL 60304 | |
| Loan Type: | Conventional | |

**Billing Detail:**                                                                                              Amount

BK Atty Fee - FNOD (02/26/2021)                                                                               100.00
   *Notice of Default preparation. Marked as cured on 2/12/21. NOD rail closed on 2/26/21. RID: 738542119. Recoverable provided a PPFN is filed within 180 days of the charge incurred, per Rule 3002.1*

                                                                    Total due this invoice:        **$100.00**

# *Invoice*

| | |
|---|---|
| Number: | ███████ |
| Date: | April 26, 2021 |
| Type: | Bankruptcy |
| Investor: | Private Investor |



LAW OFFICES
15W030 North Frontage Road
SUITE 100
Burr Ridge, IL 60527
Phone: (630)794-5300

E-mail: collections@cslegal.com

**To:** ███████

PHH Mortgage Corporation
2001 Bishops Gate Blvd.
Mt. Laurel, NJ 08054

**File Information:**

| | | |
|---|---|---|
| Your Loan Number: | ███████ | C&A File Number ███████ |
| Case Reference: | Frederick Burton | |
| Property Address: | 823 S Lombard Ave<br>Oak Park, IL 60304 | |
| Loan Type: | Conventional | |

**Billing Detail:** | Amount

| | |
|---|---:|
| BK Atty Fee (Amended Plan Review) (04/21/2021) | 150.00 |
| *Fee approval iao $150 received via BKFS on 4/26/21 related to the 4th amended plan review. Recoverable provided a PPFN is filed within 180 days of the charge incurred, per Rule 3002.1* | |
| Total due this invoice: | **$150.00** |

PERSONAL INFORMATION REDACTED

\* PLEASE ENCLOSE A COPY OF THIS INVOICE WITH REMITTANCE \*

Tax Identification Number ███████

# Invoice



Number: ▮▮▮▮▮▮
Date: June 1, 2021
Type: Bankruptcy
Investor: Private Investor

**CODILIS & ASSOCIATES, P.C.**
ILLINOIS

LAW OFFICES
15W030 North Frontage Road
SUITE 100
Burr Ridge, IL 60527
Phone: (630)794-5300

E-mail: collections@cslegal.com

PERSONAL INFORMATION REDACTED

**To:** ▮▮▮▮▮▮

PHH Mortgage Corporation
2001 Bishops Gate Blvd.
Mt. Laurel, NJ 08054

**File Information:**

| | | |
|---|---|---|
| Your Loan Number: | ▮▮▮▮▮▮ | C&A File Number ▮▮▮▮▮▮ |
| Case Reference: | Frederick Burton | |
| Property Address: | 823 S Lombard Ave Oak Park, IL 60304 | |
| Loan Type: | Conventional | |

**Billing Detail:** Amount

BK Atty Fee (NOPC) (06/01/2021)     125.00
*Preparation and filing of Notice of Payment Change. Recoverable provided a PPFN is filed within 180 days of the charge incurred, per Rule 3002.1*

Total due this invoice: **$125.00**

\* PLEASE ENCLOSE A COPY OF THIS INVOICE WITH REMITTANCE \*

Tax Identification Number: ▮▮▮▮▮▮